IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **SPENCER LESTER, III,** | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CASE NO. 3:04-CV-10(HL) |
| | : | 28 U.S.C. § 2255 |
| | : | CASE NO. 3:00-CR-30 |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |
| | : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 136) filed July 20, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 138) filed August 18, 2005 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 23rd day of November, 2005.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**