IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| SPENCER LESTER, III, | * | |
| Petitioner, | * | CASE NO. 3:04-CV-10 HL |
| | | 28 U.S.C. § 2255 |
| VS. | * | |
| | | CASE NO. 3:00-CR-30 |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## ORDER DENYING COA

Before the Court are Petitioner Spencer Lester's Motion for Certificate of Appealability (Doc. # 145) and his Request to Proceed On Appeal *In Forma Pauperis* (Doc. # 146) from this Court's Order adopting the Report and Recommendation of the Magistrate Judge, finding no meritorious claims in Petitioner's § 2255 Motion To Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C.§ 2255.  (Doc. #139).

Petitioner Lester entered into a Plea Agreement with the Government and entered a plea of guilty to Counts 13 and 14 of his Indictment on July 16, 2001 (Doc. # 69).  He filed a direct appeal of his conviction and sentence, which were affirmed by the Eleventh Circuit Court of Appeals in a Judgment entered in the United States District Court for the Middle District of Georgia on March 17, 2003 (Doc. # 118).  Lester then filed the § 2255 Motion in question.  He alleged ineffective assistance of counsel in regard to his plea and to his guideline sentence.  However, he failed to meet the deficiency or prejudice prong of Strickland v. Washington, 466 U.S. 668, 104 S. Ct. 2052, 2068 (1984) at any time.

A certificate of appealability may issue under paragraph (1) *only* if the applicant has made a *substantial* showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(3).

(emphasis added). Lester has failed to make a substantial showing of the denial of a constitutional right.

WHEREFORE, Petitioner's Application for Certificate of Appealability is hereby DENIED. Petitioner's Motion for Leave to Proceed *In Forma Pauperis,* is also **DENIED AS MOOT.**

**SO ORDERED,** this 15th day of February, 2006.

s/   Hugh Lawson
**HUGH LAWSON**
**UNITED STATES DISTRICT JUDGE**
